STATE v. CATES

No. 29P03

Case below: 154 N.C. App. 737

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Motion by defendant to hold petition for discretionary review in abeyance pending decision by the U.S. Supreme Court denied 27 February 2003. Motion by defendant for order directing the North Carolina Court of Appeals to propose procedures to sit en banc denied 27 February 2003. Motion by defendant for remand denied 27 February 2003.

STATE v. CHAPMAN

No. 636P02

Case below: 154 N.C. App. 441

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. CHAVIS

No. 33A03

Case below: 154 N.C. App. 742

Motion by Attorney General to dismiss appeal allowed 27 February 2003.

STATE v. CHILDERS

No. 19P03

Case below: 154 N.C. App. 375

Petitions by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.